UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeffrey A. Olson,<br><br>Plaintiff,<br><br>v.<br><br>Hennepin County,<br><br>Defendant. | Case No. 21-cv-2661 (SRN/DTS)<br><br>MEMORANDUM OPINION AND ORDER |

Jeffrey A. Olson, 380 West Bert Street, P.O. Box 536, Lake Crystal, MN 56055, Pro Se.

Faruq Karim and James W. Keeler, Jr., Hennepin County Attorney's Office, 300 South Sixth Street, Suites A2000 & C2000, Minneapolis, MN 55487, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court on the Motion for Reconsideration [Doc. No. 41] filed by Plaintiff Jeffrey A. Olson.

On June 14, 2022, the Court granted Defendant Hennepin County's Motion to Dismiss and denied Plaintiff's Motion for Summary Judgment. (June 14, 2022 Order [Doc. No. 32].) Then, on July 13, 2022, the Court denied Plaintiff's Motion for Rehearing and denied Plaintiff's Motion Requesting Permission to Seek Reconsideration. (July 13, 2022 Order [Doc. No. 40].) Nonetheless, Mr. Olson filed the instant motion for reconsideration.

Local Rule 7.1(j) of this Court requires a party seeking reconsideration to first obtain permission to file such a motion. D. Minn. L.R. 7.1(j). A party may receive permission only by showing "compelling circumstances." *Id*. Motions for reconsideration serve the

1

limited purpose of " 'correct[ing] manifest errors of law or fact or . . . present[ing] newly discovered evidence.' " *Hagerman v. Yukon Energy Corp.*, 839 F.2d 407, 414 (8th Cir. 1988) (quoting *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir. 1987)).

As the Court explained in the July 13, 2022 Order, Mr. Olson has not established "compelling circumstances" necessary to obtain leave to file a motion for reconsideration and his proposed amendments would not cure the defects that led to the dismissal of this action. To be clear, Mr. Olson has not identified a manifest error of law or fact in the Court's June 14, 2022 Order. Nor has he presented any newly discovered evidence.

Based on the submissions and the entire file and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff Jeffrey Olson's Motion for Reconsideration [Doc. No. 41] is **DENIED**.

Dated: September 13, 2022             s/Susan Richard Nelson
                                      SUSAN RICHARD NELSON
                                      United States District Judge